AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STERLING SAVINGS BANK,
                Plaintiff,
FEDERAL DEPOSIT INSURANCE CORPORATION,
                Intervenor-Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

MICHAEL C. WORTHY, et al.,
                Defendants
FEDERAL DEPOSIT INSURANCE CORPORATION,
                Interventor-Defendant.

CASE NUMBER: CV-11-224-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the claims in Sterling Savings Bank Second Amended Complaint against Defendants, KIM CAPELOTO, KAREN YORK and DAVID KENNELLY, are DISMISSED pursuant to Fed.R.Civ.P. 54(b).

November 22, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante